JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **N. CHAVEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **ALEJANDRO VILLANUEVA, et al.**, <br><br> Defendants. | Case No. 2:22-cv-04912 HDV MAR <br><br> **JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment [75], judgment is hereby entered dismissing this action with prejudice.

Dated:    October 19, 2023

_____
Hernán D. Vera
United States District Judge